780 A.2d 603

James ELMORE, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 21 EAP 2001.

Supreme Court of Pennsylvania.

Aug. 21, 2001.

### ORDER

PER CURIAM:

AND NOW, this 21st day of August, 2001, probable jurisdiction is noted and the order appealed is affirmed.

780 A.2d 603

COMMONWEALTH of Pennsylvania, Respondent,

v.

Norman WALKER, Petitioner.

Supreme Court of Pennsylvania.

Aug. 29, 2001.

### ORDER

PER CURIAM:

AND NOW, this 29th day of August, 2001, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the issue of whether the Superior Court's analysis was in accord with the standard enunciated in *Commonwealth v. Torres*, 564 Pa. 219, 766 A.2d 342 (2001), the Order of the Superior Court is VACATED, and the matter is REMANDED for reconsideration in light of the *Torres* decision.